UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JUAN/JUANA DOES 1-377, Individually and/or as Legal     07 CV 10300
Heirs and/or Personal Representatives of Jose/Josefina
DOES 1A-375 (said names being fictitious)
                              Plaintiffs,

      -against-                                       **AFFIDAVIT OF SERVICE**

CHIQUITA BRANDS INTERNATIONAL, INC.
INDIVIDUALS "A THROUGH J" (whose identities
are presently unknown), MOE CORPORATIONS
1 – 5 and MOES 6 – 25 (said names being fictitious),
                              Defendants.
------------------------------------------------------------------------X
STATE OF NEW YORK    )
                           ) ss:
COUNTY OF NEW YORK )

        DEBRA L. NORWOOD, being duly sworn, deposes and says:

        I am not a party to the action, I am over the age of 18 years and reside in Brooklyn, New York.

        On November 26, 2007, at 2:45 p.m., I served a true copy of the Summons and Complaint upon CHIQUITA BRANDS INTERNATIONAL, INC., INDIVIDUALS "A THROUGH J" (whose identities are presently unknown), MOE CORPORATIONS 1 – 5 and MOES 6 – 25 (said names being fictitious), the defendants therein named, by delivering to, and leaving personally a true copy with:

CT CORPORATION, 111 Eighth Avenue, New York, New York 10011 by SATTIE JAIRAM, a Clerk authorized to accept service.

        Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:

        SEX:  FEMALE        HAIR: BLACK        APP. AGE:   45 yrs. Old
        APP. HT.:   5'6"        APP. WT.: 140 lbs.

                                                                _____
                                                                DEBRA L. NORWOOD

Sworn to before me this
26TH day of November, 2007.


_____
NOTARY PUBLIC