DEC 0 7 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
JUAN/JUANA DOES 1-377,                                          : Civ. No. 1:07-cv-10300-HB
:
         Plaintiffs,                                 :
: STIPULATION
  - against -                                                  :
:
CHIQUITA BRANDS INTERNATIONAL, INC.,                            :
INDIVIDUALS "A THROUGH J," MOE                                  :
CORPORATIONS 1-5, and MOES 6-25,                                :
:
         Defendants,                                 :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 12/11/07

WHEREAS, plaintiffs commenced this action on November 14, 2007; and

WHEREAS, on November 26, 2007, defendant Chiquita Brands International, Inc. ("Chiquita") filed a motion before the Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. § 1407, to centralize this and five other related actions in the United States District Court for the District of Columbia for coordinated or consolidated pretrial proceedings (the "MDL Motion");

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the respective parties that Chiquita shall answer, move against, or otherwise respond to plaintiffs' complaint no later than thirty (30) days after the MDL Motion is decided.

[Handwritten annotation: 12/11/07 — but must contact Chambers no later than January 24, 08 w/ a status report regardless of whether the MDL motion has been resolved. /s/ HB USDJ]

Dated: December 7, 2007

| LAW FIRM OF JONATHAN C. REITER | COVINGTON & BURLING LLP |
|---|---|
| By: _____ | By: _____ |
| Jonathan C. Reiter | Jonathan M. Sperling |
| 350 Fifth Avenue, Suite 2811 | 620 Eighth Avenue |
| New York, NY 10118 | New York, NY 10018-1405 |
| Telephone: (212) 736-0979 | Telephone: (212) 841-1000 |
|  | Facsimile: (212) 841-1010 |
| *Counsel for Plaintiffs* |  |
|  | Eric H. Holder, Jr. |
|  | John E. Hall |
|  | James M. Garland |
|  | 1201 Pennsylvania Avenue, N.W. |
|  | Washington, D.C. 20004 |
|  | Telephone: (202) 662-6000 |
|  | Facsimile: (202) 662-6291 |
|  | *Counsel for Defendant Chiquita Brands International, Inc.* |

SO ORDERED:

By: _____  12/11/07

UNITED STATES DISTRICT JUDGE

2

Endorsement:

     but will contact Chambers no later than January 24,2 007 with a status report regardless of whether the MDL motion has been resolved.