UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUAN/JUANA DOES 1-377, Individually and/or as Legal      07 CV 10300
Heirs and/or Personal Representatives of Jose/Josefina
DOES 1A-375 (said names being fictitious)
                                Plaintiffs,

           -against-                                    **AFFIDAVIT OF SERVICE**

CHIQUITA BRANDS INTERNATIONAL, INC.
INDIVIDUALS "A THROUGH J" (whose identities
are presently unknown), MOE CORPORATIONS
1 – 5 and MOES 6 – 25 (said names being fictitious),
                                Defendants.
------------------------------------------------------------------X
STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

    DEBRA L. NORWOOD, being duly sworn, deposes and says:

    I am not a party to the action, I am over the age of 18 years and reside in Brooklyn, New York.

    On December 17, 2007, at 9:50 a.m., I served a true copy of the Supplemental Summons and Amended Complaint upon CHIQUITA BRANDS INTERNATIONAL, INC., INDIVIDUALS "A THROUGH J" (whose identities are presently unknown), MOE CORPORATIONS 1 – 5 and MOES 6 – 25 (said names being fictitious), the defendants therein named, by delivering to, and leaving personally a true copy with:

CT CORPORATION, 111 Eighth Avenue, New York, New York 10011 by SABRINA AMBROSE, Process Specialist, authorized to accept service.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:

| SEX: FEMALE | HAIR: BLACK | APP. AGE: 25 – 30 yrs. old |
|---|---|---|
| APP. HT.: 5'6" | APP. WT.: 160 lbs. | |

                                                     DEBRA L. NORWOOD

Sworn to before me this
17TH day of December, 2007.

NOTARY PUBLIC

MONICA SALAMANCA
Notary Public State of New York
No. 01SA6160086
Qualified in New York County
Commission Expires January 29, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUAN/JUANA DOES 1-377, Individually and/or as Legal     07 CV 10300
Heirs and/or Personal Representatives of Jose/Josefina
DOES 1A-375 (said names being fictitious)
                                 Plaintiffs,

          -against-

CHIQUITA BRANDS INTERNATIONAL, INC.
INDIVIDUALS "A THROUGH J" (whose identities
are presently unknown), MOE CORPORATIONS
1 – 5 and MOES 6 – 25 (said names being fictitious),
                                 Defendants
------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE
## OF SUPPLEMENTAL SUMMONS
## AND AMENDED COMPLAINT

LAW FIRM OF JONATHAN C. REITER
Attorneys for Plaintiff
Office & P.O. Address
350 Fifth Avenue
Suite 2811
New York, NY 10016
(212) 736-0979
Facsimile (212) 268-5297