UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
JUAN/JUANA DOES 1-377 Individually and/or as : 
Legal Heirs and/or Personal Representatives of : 07 Civ. 10300 (HB)(DCF)
JOSE/JOSEFINA DOES 1A-375 (said names being :
fictitious), :
:
              Plaintiffs, : **NOTICE OF APPEARANCE**
:
      - against - :
:
CHIQUITA BRANDS INTERNATIONAL, INC., :
INDIVIDUALS "A THROUGH J" (whose identities :
are presently unknown), MOE CORPORATIONS 1-5 :
and MOES 6-25 (said names being fictitious), :
:
            Defendants. :
------------------------------------- x

      PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Defendant Chiquita Brands International, Inc. in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the following attorney, duly admitted to practice before this Court:

Jonathan M. Sperling
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000

Dated:  New York, New York
        December 19, 2007

COVINGTON & BURLING LLP


By:  s/Jonathan M. Sperling
     Jonathan M. Sperling

     The New York Times Building
     620 Eighth Avenue
     New York, New York  10018-1405
     (212) 841-1000

*Attorneys for Defendant*
*Chiquita Brands International, Inc.*